JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETH LOPEZ and ARTURO VALENZUELA, wife and husband,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 TO 50,<br><br>　　　　Defendants. | **CASE NO. EDCV11-1282 CAS (OPx)**<br><br>**ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1))**<br><br>**[Filed Concurrently With Stipulation of Dismissal]**<br><br>**Christina A. Snyder**<br>**U.S. District Judge** |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into on April 18, 2012, between counsel for Plaintiffs ANNETH LOPEZ and ARTURO VALENZUELA (wife and husband) and counsel for Defendant, TARGET STORES, a Division of Target Corporation (erroneously sued and served as Target Corporation), be entered as a matter of record; and that the case of "Anneth Lopez and Arturo Valenzuela, wife and husband, Plaintiffs vs. Target

-1-

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**
**(FRCP 41(a)(1))**

1  Corporation, a Minnesota Corporation; and Does 1 to 50, Defendants," Case No.
2  EDCV11-1282 CAS (OPx), be dismissed in its entirety <u>with prejudice</u> pursuant to
3  FRCP 41(a)(1).
4
5  DATED:  <u>April 20, 2012</u>
6                                                  Honorable Christina A. Snyder
                                                United States District Court Judge

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1))**

**PROOF OF SERVICE**
**FRCP 5**

**State of California**   )
                         ) ss.
**County of Orange**      )

I, Paula Ward, the undersigned, am over the age of 18 years and not a party to this action.  I am employed with the law firm of Trachtman & Trachtman, whose address is 27401 Los Altos, Suite 300, Mission Viejo, California 92691.

On April 19, 2012, I served the interested parties in this action with the following documents:

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**
**(FRCP 41(a)(1))**

as follows:

| [X ] **BY ELECTRONIC TRANSMISSION:** | rj@bhattorneys.com |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. ||

*[ ] BY MAIL:*  I deposited such envelope in the mail at Mission Viejo, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) placing ( ) the original (  ) a true copy thereof enclosed in the sealed envelopes addressed as follows:

///

///

///

-3-
_____
**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**
**(FRCP 41(a)(1))**

1 Raphael D. Javid, Esq.
2 Steven Hilst, Esq.
**BANAFSHEH, DANESH & JAVID, PL**
3 9454 Wilshire Blvd., Suite 830
4 Beverly Hills, CA  90212
T:  (310) 275-9996
5 F:  (310) 887-1880
6 **Attorney for Plaintiffs**

7
     I declare under penalty of perjury under the laws of the State of California
8 that the above is true and correct.

9
     Executed on April 19, 2012, at Mission Viejo, California.
10

11

12                                          _____
                                            Paula Ward, Declarant
13

-4-
_____
**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL
(FRCP 41(a)(1))**